```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,
12                  Plaintiff,
13             v.                         CR. NO. S-05-172 EJG
14   TERRY LEE GIBSON
15                  Defendant.
                                        /
16
     UNITED STATES OF AMERICA,
17
                    Plaintiff,
18
               v.                         CR. NO. S-06-201 EJG
19
     TERRY LEE GIBSON,                     RELATED CASE ORDER
20
                    Defendant.
21                                      /
22          Examination of the above-entitled criminal actions
23   reveals that the above referenced actions are related within the
24   meaning of Local Rule 83-123 E.D. Cal. (1997).  The actions arise
25   out of the same transaction or series of transactions, involve the
26   same defendant, and would therefore entail a substantial
     duplication of labor if heard by different judges.  Accordingly,
```

1  the assignment of the matters to the same judge is likely to
2  effect a substantial savings of judicial effort and is also likely
3  to be convenient for the parties.
4      The parties should be aware that relating the cases
5  under Local Rules 123 merely has the result that both actions are
6  assigned to the same judge; no consolidation of the actions is
7  effected.  Under the regular practice of this court, related cases
8  are generally assigned to the judge to whom the first filed action
9  was assigned.
10     IT IS THEREFORE ORDERED that the action denominated CR.
11 NO. S-06-201 be, and the same hereby is, reassigned to Judge
12 EDWARD J. GARCIA for all further proceedings.  Henceforth the
13 caption on all documents filed in the reassigned case shall be
14 shown as CR. NO. S-06-201 EJG.
15     IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of criminal cases to
17 compensate for this reassignment.
18     DATED:  May 17, 2006

_____
/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT