UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

UNITED STATES OF AMERICA )
)   CR. S 05-172 EJG
v. )   CR S 06-201 EJG
)
TERRY LEE GIBSON )

OCT 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ *Mc*
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum          () Ad Testificandum

Name of Detainee: TERRY LEE GIBSON
Detained at (custodian): Deuel Vocational Institution

Detainee is:          a.)   (X) to enter change of plea
          or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:          a.)   (X) return to the custody of detaining facility upon termination of proceedings
          or    b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is
                currently being served at the detaining facility

*Appearance is necessary November 17, 2006, at 10:00 a.m. in the Eastern District of California.*

Signature:          _____
Printed Name & Phone No:    AUSA Carolyn K. Delaney (916) 554-2798
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, November 17, 2006, at 10:00 a.m., and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

Date:
    10/18/06

    _____
    United States District/~~Magistrate~~ Judge

Please provide the following, if known:

AKA(s) (if applicable):    _____          (X)Male  ()Female
Booking or CDC #:    F45524          DOB: 3/11/1967
Facility Address:    23500 Kasson Road          Race: White
          Tracy, CA 95376          FBI #: 931280DA4
Facility Phone:    (209) 835-4141
Currently Incarcerated For:    _____

## RETURN OF SERVICE

Executed on    _____    By: _____
          (Signature)