```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  TERRY LEE GIBSON

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  Nos. CR-S-05-172-EJG
                                 )       CR-S-06-201-EJG
13             Plaintiff,        )
                                 )  STIPULATION CONTINUING STATUS
14       v.                      )  CONFERENCE AND EXCLUDING TIME;
                                 )  AND ORDER
15  TERRY LEE GIBSON,            )
                                 )
16             Defendant.        )  Date:  December 22, 2006
                                 )  Time:  10:00 a.m.
17  _____ )  Judge: Hon. Edward J. Garcia

18
```

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for December 8, 2006 be reset for Friday, December 22, 2006, at 10:00 a.m.

Mr. Gibson has recently been brought to the Sacramento County Jail from state prison. The probation office must interview him to prepare the pre-plea presentence report ordered by the Court. The parties request that the Court continue the status conference two weeks to

1

permit the interview to go forward.  The probation office will then provide the pre-plea presentence report to counsel and the Court.

The parties stipulate that the time period from the date of this order to December 22, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 27, 2006                    Respectfully submitted,

McGREGOR W. SCOTT                           DANIEL J. BRODERICK
United States Attorney                      Federal Defender


 /s/ Rachelle Barbour for                    /s/ Rachelle Barbour
CAROLYN K. DELANEY                          RACHELLE BARBOUR
Assistant U.S. Attorney                     Assistant Federal Defender
Attorney for United States                  Attorney for TERRY LEE GIBSON

Stip. To Continue Status              2

```
1                    IN THE UNITED STATES DISTRICT COURT
2                   FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4
5  UNITED STATES OF AMERICA,      ) No. CR-S-05-172-EJG
                                  )    CR-S-06-201-EJG
6              Plaintiff,         )
                                  ) ORDER CONTINUING STATUS
7       v.                        ) CONFERENCE AND EXCLUDING TIME
                                  )
8  TERRY LEE GIBSON,              )
                                  )
9              Defendant.         )
                                  )
10 _____)
11
12      For the reasons set forth in the stipulation of the parties, filed
13 on November 27, 2006, IT IS HEREBY ORDERED that the status conference
14 currently scheduled for December 8, 2006, be continued until Friday,
15 December 22, 2006 at 10:00 a.m. to permit the probation office to
16 interview Mr. Gibson in preparation of the pre-plea presentence report
17 ordered by this Court.  Accordingly, IT IS HEREBY ORDERED that, for the
18 reasons stated in the parties' stipulation, the time under the Speedy
19 Trial Act is excluded from the date of this order through December 22,
20 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
21 prepare] (Local Code T4)..
22
23 Dated: November 29, 2006         /S/ Edward J. Garcia
                                    EDWARD J. GARCIA
24                                  UNITED STATES DISTRICT JUDGE
25
26
27
28 Stip. To Continue Status              1
```