```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  TERRY LEE GIBSON

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) Nos. CR-S-05-172-EJG
                                   )      CR-S-06-201-EJG
13              Plaintiff,         )
                                   ) STIPULATION CONTINUING STATUS
14       v.                        ) CONFERENCE AND EXCLUDING TIME;
                                   ) ORDER
15  TERRY LEE GIBSON,              )
                                   )
16              Defendant.         ) Date:  January 12, 2007
                                   ) Time:  10:00 a.m.
17  _____) Judge: Hon. Edward J. Garcia

18
```

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for December 22, 2006 be reset for Friday, January 12, 2007, at 10:00 a.m.

The parties have just received the pre-plea report for Mr. Gibson. Defense counsel must go over it with Mr. Gibson and provide him a copy. The parties will also work on a plea agreement to be provided to the Court in advance of the next proceeding along with the pre-plea report.

1

The parties stipulate that the time period from the date of this order to January 12, 2007 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 18, 2007    Respectfully submitted,

McGREGOR W. SCOTT    DANIEL J. BRODERICK
United States Attorney    Federal Defender


 /s/ Rachelle Barbour for     /s/ Rachelle Barbour
CAROLYN K. DELANEY    RACHELLE BARBOUR
Assistant U.S. Attorney    Assistant Federal Defender
Attorney for United States    Attorney for TERRY LEE GIBSON

Stip. To Continue Status    2

```
1                    IN THE UNITED STATES DISTRICT COURT
2                   FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4
5  UNITED STATES OF AMERICA,      ) No. CR-S-05-172-EJG
                                  )     CR-S-06-201-EJG
6            Plaintiff,           )
                                  ) ORDER CONTINUING STATUS
7       v.                        ) CONFERENCE AND EXCLUDING TIME
                                  )
8  TERRY LEE GIBSON,              )
                                  )
9            Defendant.           )
                                  )
10 _____)
11
12      For the reasons set forth in the stipulation of the parties, filed
13 on December 18, 2006, IT IS HEREBY ORDERED that the status conference
14 currently scheduled for December 22, 2006, be continued until Friday,
15 January 12, 2007 at 10:00 a.m. to permit the parties to reach a plea
16 agreement and to allow defense counsel to discuss the pre-plea
17 probation report and plea agreement with Mr. Gibson.  Accordingly, IT
18 IS HEREBY ORDERED that, for the reasons stated in the parties'
19 stipulation, the time under the Speedy Trial Act is excluded from the
20 date of this order through January 12, 2007, pursuant to 18 U.S.C. §§
21 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4)..
22
23 Dated: December 18, 2006              /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
24                                       U. S. DISTRICT JUDGE
25
26
27
28 Stip. To Continue Status              1
```