```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  TERRY LEE GIBSON
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,  )  Nos. CR-S-05-172-EJG
                               )       CR-S-06-201-EJG
13            Plaintiff,       )
                               )  STIPULATION CONTINUING STATUS
14       v.                    )  CONFERENCE AND EXCLUDING TIME;
                               )  AND ORDER
15  TERRY LEE GIBSON,          )
                               )
16            Defendant.       )  Date:  January 26, 2007
                               )  Time:  10:00 a.m.
17  _____)  Judge: Hon. Edward J. Garcia
18
19       It is hereby stipulated and agreed to between the United States of
20  America through CAROLYN DELANEY, Assistant U.S. Attorney, and
21  defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE
22  BARBOUR, Assistant Federal Defender, that the status conference set for
23  January 12, 2007 be reset for Friday, January 26, 2007, at 10:00 a.m.
24       The parties are working on a plea agreement to be provided to the
25  Court in advance of the next proceeding along with the pre-plea report.
26  Due to the holidays and counsel's absence, the parties request two
27  additional weeks to resolve this case.
28
                                    1
```

The parties stipulate that the time period from the date of this order to January 26, 2007 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 9, 2007               Respectfully submitted,

McGREGOR W. SCOTT                    DANIEL J. BRODERICK
United States Attorney               Federal Defender


 /s/ Rachelle Barbour for             /s/ Rachelle Barbour
CAROLYN K. DELANEY                   RACHELLE BARBOUR
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for TERRY LEE GIBSON

Stip. To Continue Status         2

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

```
UNITED STATES OF AMERICA,      )   No. CR-S-05-172-EJG
                               )       CR-S-06-201-EJG
            Plaintiff,         )
                               )   ORDER CONTINUING STATUS
      v.                       )   CONFERENCE AND EXCLUDING TIME
                               )
TERRY LEE GIBSON,              )
                               )
            Defendant.         )
                               )
_____)
```

For the reasons set forth in the stipulation of the parties, filed on January 9, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for January 12, 2007, be continued until Friday, January 26, 2007 at 10:00 a.m. to permit the parties to reach a plea agreement and to allow defense counsel to discuss the pre-plea probation report and plea agreement with Mr. Gibson.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from the date of this order through January 26, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4)..

Dated: January 9, 2007           /s/ Edward J. Garcia
_____
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                1