1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  TERRY LEE GIBSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,      ) Nos. CR-S-05-172-EJG
                                    )      CR-S-06-201-EJG
13 |           Plaintiff,            )
                                    ) STIPULATION CONTINUING STATUS
14 |     v.                          ) CONFERENCE AND EXCLUDING TIME;
                                    ) PROPOSED ORDER
15 | TERRY LEE GIBSON,               )
                                    )
16 |           Defendant.            ) Date:  February 16, 2007
                                    ) Time:  10:00 a.m.
17 | _____) Judge: Hon. Edward J. Garcia

18

19     It is hereby stipulated and agreed to between the United States of

20 America through CAROLYN DELANEY, Assistant U.S. Attorney, and

21 defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE

22 BARBOUR, Assistant Federal Defender, that the status conference set for

23 January 26, 2007 be reset for Friday, February 16, 2007, at 10:00 a.m.

24     Both counsel will be out of town on the currently set status

25 conference date, and the government's counsel will be out of town on

26 the following Friday.  Accordingly, both parties request that the

27 matter be continued to the next available date of February 16, 2007.

28                                   1

The parties are working on a plea agreement to be provided to the Court in advance of the next proceeding along with the pre-plea report.

The parties stipulate that the time period from the date of this order to February 16, 2007 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 22, 2007  Respectfully submitted,

McGREGOR W. SCOTT  DANIEL J. BRODERICK
United States Attorney  Federal Defender


 /s/ Rachelle Barbour for       /s/ Rachelle Barbour
CAROLYN K. DELANEY  RACHELLE BARBOUR
Assistant U.S. Attorney  Assistant Federal Defender
Attorney for United States  Attorney for TERRY LEE GIBSON

Stip. To Continue Status          2

```
1                    IN THE UNITED STATES DISTRICT COURT
2                  FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4
5  UNITED STATES OF AMERICA,      ) No. CR-S-05-172-EJG
                                  )     CR-S-06-201-EJG
6               Plaintiff,        )
                                  ) ORDER CONTINUING STATUS
7       v.                        ) CONFERENCE AND EXCLUDING TIME
                                  )
8  TERRY LEE GIBSON,              )
                                  )
9               Defendant.        )
                                  )
10 _____)
11
12      For the reasons set forth in the stipulation of the parties, filed
13 on January 22, 2007, IT IS HEREBY ORDERED that the status conference
14 currently scheduled for January 26, 2007, be continued until Friday,
15 February 16, 2007 at 10:00 a.m. in light of counsel's unavailability on
16 January 26th, to permit the parties to reach a plea agreement, and to
17 allow defense counsel to discuss the pre-plea probation report and plea
18 agreement with Mr. Gibson.  Accordingly, IT IS HEREBY ORDERED that, for
19 the reasons stated in the parties' stipulation, the time under the
20 Speedy Trial Act is excluded from the date of this order through
21 February 16, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
22 [reasonable time to prepare] (Local Code T4)..
23
24 Dated: January 22, 2007          /s/ Edward J.Garcia
25                                 _____
                                   EDWARD J. GARCIA
26                                 UNITED STATES DISTRICT JUDGE
27
28 Stip. To Continue Status            1
```