DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3RD Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERRY LEE GIBSON

FILED

FEB 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr.S. 05-00172-EJG |
| --- | --- |
| Plaintiff, | ) Cr.S. 06-00201-EJG |
| v. | ) **SEALING ORDER** |
| TERRY LEE GIBSON, | ) |
| Defendant. | ) Judge: Hon. Edward J. Garcia |

On February 12, 2007, the Court received Defendant's Sentencing Memorandum. This memorandum contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal and serve it on the parties.

Dated: 2/12/07

_____
Honorable Edward J. Garcia
United States District Court Judge