UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb        RE:   Terry Lee Gibson
Senior United States District Judge            Docket Number:  0972 2:06CR00201-01
Sacramento, California                  REQUEST TO VACATE DOCKET NUMBER
                                              50

Your Honor:

On November 19, 2024, Mr. Gibson was successfully accepted as a participant in the Reentry Court Program. As of December 16, 2025, Mr. Gibson successfully completed the program, and an Order was filed to reduce Mr. Gibson's term of Supervised Release by one year for his successful completion of the program under docket number 2:06CR00201-01.

However, docket number 2:06CR00201-01 has expired, and the Order to Reduce Term of Supervised Release for Successfully Completion of Reentry Court should have been filed in Docket Number 2:05CR00172-01. The Order has since been amended and added to the correct docket. To make the record accurate though, I am requesting Docket Number 50 in case 2:06CR00201-01 be vacated.

Respectfully submitted,                Reviewed by,

Rebecca A. Fidelman             Tanisha M. Sanford
Sr. United States Probation Officer     Supervisory United States Probation Officer

May 26, 2026

Roseville, California

Page 2                                        RE:  Terry Lee Gibson
                                                   Docket Number 0972 2:06CR00201-01
                                                   <u>REQUEST TO VACATE DOCKET NUMBER</u>
                                                   <u>50</u>

---

## ORDER OF THE COURT

THE COURT ORDERS: Docket Number 50 be vacated.

        x    Approved

Dated:  May 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   To be assigned
      Assistant United States Attorney

      To be assigned
      Defense Counsel